BREYER took no part in the consideration or decision of this petition.

No. 94–802. PURKETT, SUPERINTENDENT, FARMINGTON COR-RECTIONAL CENTER v. ELEM, 514 U. S. 765;

No. 94–1460. CULP v. WISMER & BECKER ET AL., 514 U. S. 1108;

No. 94–1529. HUDSON v. FIRST FIDELITY BANK, N. A., NEW JERSEY, FKA FIRST NATIONAL STATE BANK, 514 U. S. 1108;

No. 94–1543. WARREN v. KENTUCKY, 514 U. S. 1109;

No. 94–1574. KALIARDOS v. GENERAL MOTORS CORP. ET AL., 514 U. S. 1110;

No. 94–1619. DOUGLAS v. FIRST SECURITY FEDERAL SAVINGS BANK ET AL., 514 U. S. 1128;

No. 94–8255. LITZENBERG v. CARR, JUDGE, CIRCUIT COURT OF MARYLAND, HARFORD COUNTY, ET AL., 514 U. S. 1085;

No. 94–8313. PRICE v. RUNYON, POSTMASTER GENERAL, 514 U. S. 1114;

No. 94–8374. FENELON v. UNITED STATES POSTAL SERVICE, 514 U. S. 1114; and

No. 94–8683. WHITE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 514 U. S. 1131. Petitions for rehearing denied.

No. 94–7778. DARBY v. UNITED STATES, 514 U. S. 1097. Motion for leave to file petition for rehearing denied.

JUNE 27, 1995

No. 94–9205. IN RE VEY. Petition for writ of habeas corpus dismissed under this Court's Rule 46.

JUNE 29, 1995

No. 94–275. DEWITT ET AL. v. WILSON, GOVERNOR OF CALI-FORNIA, ET AL. Appeal from D. C. E. D. Cal. With respect to Questions 1 through 4 presented by the statement as to jurisdic-